AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:25-mj-00105 |
|  | ) |
| Paulino Calix Gamez | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2025** in the county of **Multnomah** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
By Phone
*Complainant's signature*

SA Alexander Laub, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **4:09 p.m.** a.m./p.m.

Date: 4/15/2025

*[signature: Stacie F. Beckerman]*
*Judge's signature*

City and state: Portland, Oregon

Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*